Billy Joe BRITTON *v.* STATE of Arkansas

CR 93-832                                    861 S.W.2d 551

Supreme Court of Arkansas
Opinion delivered October 18, 1993

*John L. Kearney*, for appellant.

No response.

PER CURIAM. Billy Joe Britton, by his attorney, has filed a motion for a rule on the clerk.

His attorney, John L. Kearney, admits by motion and brief that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.